IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-CV-20905-HUCK-O'SULLIVAN

LIL' JOE RECORDS, INC., a Florida corporation,

        Plaintiff,

vs.

DAVID HOBBS a/k/a "Mr. Mixx" and
"DJ Mr. Mixx," ROGER MIZELL,
DETRON BENDROSS, and
EMMANUEL BENDROSS,

        Defendants.
_____/

## TEMPORARY RESTRAINING ORDER
## AGAINST DAVID HOBBS

**THIS MATTER** came before the Court on Plaintiff, Lil' Joe Records, Inc.'s ("Lil' Joe's") Motion for Preliminary Injunction (D.E. # 6). A hearing was held on May 19, 2010, at which time both Lil' Joe and Defendant Hobbs were represented by legal counsel. Upon review of the pleadings, Motion, and Declarations filed in support thereof, and being apprised that the Parties consent to the entry of a Temporary Restraining Order ("T.R.O."),

**IT IS ORDERED AND ADJUDGED**:

1.    Plaintiff, Lil' Joe's request for a T.R.O. is **GRANTED**.

2.    Defendant, David Hobbs, waives the procedural requirements that the Court make factual findings to support this T.R.O. and that Lil' Joe post a bond.

1

3. Defendant, David Hobbs a/k/a "Mr. Mixx" and "DJ Mr. Mixx," together with his agents, employees, attorneys, representatives and all other persons acting in concert with him, is temporarily restrained from:

(a) Performing or offering to give any live concert performances using the name *2 Live Crew*, or any formative variation thereof, including, for example and without limitation, *2 Live*, *Two Live*, *2LC*, or the *Crew* (collectively, the "*2 Live Crew* Marks").

(b) Advertising, performing, promoting, offering to sell, distributing or transferring any items of recorded music or artwork, or any promotional or advertising materials whatsoever, bearing the *2 Live Crew* Marks or the name, image, or likeness of Plaintiff's copyrights or trademarks, on the internet or elsewhere in commerce, including in connection with services as a disc jockey ("D.J."), whether or not preceded by the words "formerly of," "former member," "founding member" or words of similar import.

(c) Promoting or participating in any manner whatsoever in any live performances under the *2 Live Crew* Marks, whether or not promoted as an event featuring "former members" or "founding members" of the group.

(d) Registering or owning any domain name bearing the *2 Live Crew* Marks.

4. Notwithstanding the foregoing, Defendant Hobbs shall be permitted to attend and perform at the VH1 Hip Hop Honors as "formerly of" or "founding member of" *2 Live Crew*.

5. This T.R.O. shall remain in effect until further Order of the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida this ___24___ day of May, 2010.

_____
Paul C. Huck
United States District Judge

Copies Furnished To:

Matthew S. Nelles, Esq.
Ruden McClosky P.A.
Attorneys for Plaintiff, Lil' Joe

Robin Sommers, Esq.
The Ticktin Law Group
Attorneys for Hobbs